Gregory J. Bevelock
BEVELOCK & FISHER LLC
14 Main St., Suite 200
Madison, NJ 07940
Tel: (973) 845-2999
Fax: (973) 845-2797
gbevelock@bevelocklaw.com
*Attorneys for Defendants Sun Pharma Global FZE, Sun Pharma Global Inc., Sun Pharmaceutical Industries, Inc., and Sun Pharmaceutical Industries Limited*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC., SUN PHARMACEUTICAL INDUSTRIES, INC., and SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>    Defendants. | C.A. No. 2:19-cv-10099 (SDW) (LDW)<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)**<br><br>**Motion Day:  October 21, 2019**<br><br>**Oral Argument Requested** |

PLEASE TAKE NOTICE that on October 21, 2019, or as soon thereafter as counsel can be heard, the undersigned counsel for defendants, Sun Pharma Global FZE, Sun Pharma Global Inc., Sun Pharmaceutical Industries, Inc., and Sun Pharmaceutical Industries Limited (collectively, "Defendants"), shall move before the Honorable Susan D. Wigenton, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order dismissing the April 16, 2019 Complaint of plaintiff, Celgene Corporation, for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure Order.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Defendants shall rely on the accompanying Memorandum of Law and Declaration of Huiya Wu.

A proposed form of Order is submitted herewith.

Dated: Sept. 16, 2019                                Respectfully Submitted,

                                                     s/ Gregory J. Bevelock
OF COUNSEL:                                          Gregory J. Bevelock
                                                     BEVELOCK & FISHER LLC
Huiya Wu (to be admitted *pro hac vice*)             14 Main St., Suite 200
HWu@goodwinlaw.com                                   Madison, NJ 07940
Keith Zullow (to be admitted *pro hac vice*)         Tel: (973) 845-2999
KZullow@goodwinlaw.com                               Fax: (973) 845-2797
GOODWIN PROCTER LLP                                  gbevelock@bevelocklaw.com
620 Eighth Ave.                                      *Attorneys for Defendants Sun Pharma*
New York, NY 100018                                  *Global FZE, Sun Pharma Global Inc.,*
                                                     *Sun Pharmaceutical Industries, Inc.,*
                                                     *and Sun Pharmaceutical Industries*
                                                     *Limited*