Gregory J. Bevelock
BEVELOCK & FISHER LLC
14 Main St., Suite 200
Madison, NJ 07940
Tel: (973) 845-2999
Fax: (973) 845-2797
gbevelock@bevelocklaw.com
*Attorneys for Defendants Sun Pharma*
*Global FZE, Sun Pharma Global Inc., Sun*
*Pharmaceutical Industries, Inc., and Sun*
*Pharmaceutical Industries Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION,<br><br>       Plaintiff,<br><br>    v.<br><br>SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC., SUN PHARMACEUTICAL INDUSTRIES, INC., and SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>       Defendants. | C.A. No. 2:19-cv-10099 (SDW) (LDW)<br><br>**[PROPOSED] ORDERING DISMISSING PLAINTIFF'S COMPLAINT** |

**THIS MATTER** having been opened to the Court by counsel for defendants, Sun Pharma Global FZE, Sun Pharma Global Inc., Sun Pharmaceutical Industries, Inc., and Sun Pharmaceutical Industries Limited (collectively, "Defendants"), for an Order dismissing the Complaint of plaintiff, Celgene Corporation, for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure Order; and the Court having considered the papers filed in support of and in opposition to the motion; and for good cause shown;

**IT IS**, therefore, on this _____ day of _____, 2019,

**ORDERED** that Defendants' motion to dismiss is granted and the Complaint in the above-captioned matter is hereby dismissed.

_____

HON. SUSAN D. WIGENTON, U.S.D.J.