Gregory J. Bevelock
BEVELOCK & FISHER LLC
14 Main St., Suite 200
Madison, NJ 07940
Tel: (973) 845-2999
Fax: (973) 845-2797
gbevelock@bevelocklaw.com
*Attorneys for Defendants Sun Pharma Global FZE, Sun Pharma Global Inc., Sun Pharmaceutical Industries, Inc., and Sun Pharmaceutical Industries Limited*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CELGENE CORPORATION,<br><br>           Plaintiff,<br><br>     v.<br><br>SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC., SUN PHARMACEUTICAL INDUSTRIES, INC., and SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>           Defendants. | C.A. No. 2:19-cv-10099 (SDW) (LDW)<br><br>**CERTIFICATION OF SERVICE** |

I, Gregory J. Bevelock, Esq., hereby certify that on the 16th day of September 2019, I caused (A) Defendants' Notice of Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(B)(1) and 12(B)(6); (B) Memorandum of Law in Support of Defendants' Motion to Dismiss; (C) Declaration of Huiya Wu; and (D) proposed form of Order to be electronically filed and served upon all counsel of record via the Court's ECF system. I also caused unredacted versions of Defendants' motion paper to be served on all counsel of record by electronic mail.

1

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2019
Madison, New Jersey

                                              *s/Gregory J. Bevelock*
                                              Gregory J. Bevelock