Gregory J. Bevelock
BEVELOCK & FISHER LLC
14 Main St., Suite 200
Madison, NJ 07940
Tel: (973) 845-2999
Fax: (973) 845-2797
gbevelock@bevelocklaw.com
*Attorneys for Defendants Sun Pharma Global FZE, Sun Pharma Global Inc., Sun Pharmaceutical Industries, Inc., and Sun Pharmaceutical Industries Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CELGENE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUN PHARMA GLOBAL FZE, SUN PHARMA GLOBAL INC., SUN PHARMACEUTICAL INDUSTRIES, INC., and SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>　　　　　Defendants. | C.A. No. 2:19-cv-10099 (SDW) (LDW)<br><br>**DECLARATION OF HUIYA WU IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>**REDACTED VERSION** |

I, Huiya Wu, declare as follows:

1.　　I am a partner at Goodwin Procter LLP, counsel for Defendants Sun Pharma Global FZE, Sun Pharma Global Inc., Sun Pharmaceutical Industries, Inc., and Sun Pharmaceutical Industries Limited (collectively, "Sun" or "Defendants"), in the above-captioned matter, and am an active member of the New York bar. I submit this declaration in support of Defendants' Motion to Dismiss.

2. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of the Orange Book, Patent and Exclusivity information for NDA N021880 (REVLIMID®) found at https://www.accessdata.fda.gov/scripts/cder/ob/patent_info.cfm?Product_No=005&Appl_No=021880&Appl_type=N (last accessed on 9/3/2019).

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of Sun's ANDA No. 211846 ███████████████████████████████████████████████████

███████████████████████████████ .

I hereby declare under penalties of perjury that the foregoing is true and accurate.

Dated: September 3, 2019

_____
Huiya Wu