# EXHIBIT 2

REDACTED IN ITS ENTIRERY